UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUGENE PRICE,

        Plaintiff,

    v.

D. NOONE, et al.,

        Defendants.

Case No. 24-cv-05233-JCS

**ORDER OF TRANSFER**

All named defendants in this 42 U.S.C. § 1983 were at the time of the events giving rise to plaintiff's claims employees of the High Desert State Prison, which lies in the Eastern District of California. Accordingly, this action is TRANSFERRED to the Eastern District of California wherein venue properly lies because a substantial part of the events or omissions giving rise to the claims occurred there, and the named defendants reside in the Eastern District. *See* 28 U.S.C. §§ 84(b), 1391(b), and 1406(a).

The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

Dated: October 4, 2024

_____
JOSEPH C. SPERO
United States Magistrate Judge