UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE LEON PRICE, | Case No. 2:24-cv-2756-TLN-JDP (P) |
| Plaintiff, | |
| v. | ORDER |
| D. NOONE, *et al*., | |
| Defendants. | |

Plaintiff has filed a motion for an extension of time for an unspecified purpose. ECF No. 33. The court presumes that plaintiff wishes additional time to file objections to the December 2, 2025 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time, ECF No. 33, is GRANTED; and

2. Plaintiff is granted until January 29, 2026 to file objections to the December 2, 2025 findings and recommendations.

IT IS SO ORDERED.

Dated:   January 8, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

1