UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

EUGENE LEON PRICE,

          Plaintiff,

    v.

D. NOONE, et al.,

          Defendants.

Case No. 2:24-cv-2756-TLN-JDP

**ORDER**

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 2, 2025, the magistrate judge filed findings and recommendations herein which were served on Plaintiff, and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days.  (ECF No. 31.)  Plaintiff filed objections to the findings and recommendations after the fourteen-day window.  (ECF No. 36.)  Nevertheless, the Court has considered Plaintiff's objections in the interest of justice.

In accordance with 28 U.S.C. § 636(b)(1)(C), this Court has reviewed the file and finds the findings and recommendations are supported by the record and by proper analysis.  The Court therefore concludes that it is appropriate to adopt the findings and recommendations in full.

///

1

Accordingly, IT IS HEREBY ORDERED that:

1.    The findings and recommendations filed December 2, 2025 (ECF No. 31) are ADOPTED in full;

2.    Plaintiff's third amended complaint (ECF No. 27) is DISMISSED without leave to amend for failure to state a cognizable claim; and

3.    The Clerk of Court is directed to close this action.

IT IS SO ORDERED.

Date: May 18, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE